UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTIAN STEPHONE MILES,<br><br>  Plaintiff,<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>  Defendants. | Case No. 2:23-cv-00500-CDS-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Permission to Use and Register for Electronic Case Filing. ECF No. 22. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Permission to Use and Register for Electronic Case Filing (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents on or before **March 12, 2024** to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same. Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

Dated this 26th day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE